**No. 48296.**—Protest 97802–K of Winsor & Newton, Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the containers are similar to those the subject of Abstract 46411. In accordance therewith, they were held dutiable at 22½ percent under said paragraph 397 and T. D. 49753 as claimed.